1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | | |
|---|---|---|
| 12  FORD MOTOR COMPANY, | ) | 2:14-cv-07701-RSWL (JC) |
| 13 | ) | |
| 14           Plaintiff, | ) | **JUDGMENT** |
| 15      v. | ) | [JS-6] |
| 16 | ) | |
| 17  TITAN ENTERPRISE INC., | ) | |
| 18           Defendant. | ) | |
| 19 | ) | |

20     **WHEREAS,** on December 18, 2015, the Court granted
21 Plaintiff Ford Motor Company's ("Plaintiff") Motion for
22 Summary Judgment, or, in the Alternative, Partial
23 Summary Judgment [63] in is entirety.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

                              1

1    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that
2  Judgment be entered in favor of Plaintiff and against
3  Defendant Titan Enterprise Inc. ("Defendant").  Damages
4  are awarded to Plaintiff in the amount of $823,000,
5  along with costs.
6  **IT IS SO ORDERED.**
7
8  DATED: January 5, 2016        /S/Ronald S. W. Lew
9                                **HONORABLE RONALD S.W. LEW**
10                               Senior U.S. District Judge